UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN SEXTON,

                Plaintiff,

– against –

GERMANE C. ARCHER and ALL SAFE FIRE SRINKLER SYSTEM, INC.,

                Defendants.

Case No.: 1:23-CV-02629-JPC

**NOTICE OF MOTION TO REMAND TO STATE COURT PURSUANT TO <u>28 USC § 1447</u>**

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiff Sean Sexton |
| **DATE, TIME, & PLACE:** | _____at_____ a.m., at the Courthouse of the Southern District of New York, New York, before the Honorable Judge John P. Cronan, United States District Judge. |
| **SUPPORTING PAPERS:** | Affirmation and Memorandum of Law of Martha J. Vasquez, Esq., sworn to the 28th day of April, 2023, together with all annexed exhibits thereto.<br><br>Affidavit of Sean Sexton, sworn to the 27th day of April 2023, together with all annexed exhibits thereto. |
| **OBJECT OF MOTION:** | For an Order: Remanding this matter to the Supreme Court of the State of New York, County of the Bronx, Pursuant to 28 USC § 1447, and for such other and further relief as the Court may deem just and proper. |
| **ANSWERING PAPERS:** | Pursuant to FRCP and Local Rules of the Southern District Court of New York, Plaintiff intends to file reply papers, if an opposition is filed, consistent with the applicable motion rules of this Court. |

Dated: New York, New York
      April 28, 2023

**BRANDON J. BRODERICK, LLC**

By: _____
Martha J. Vasquez, Esq.
New York State Bar Number: 4316592
*Attorneys for Plaintiff*
11 Broadway, Suite 615
New York, New York 10004
mvasquez@brandonjbroderick.com
Telephone Number: (973) 291-3027

To:   Richard E. Leff, Esq.
BBC Law LLP
Attorneys for Defendants
GERMANE C. ARCHER and
ALL SAFE FIRE SPRINKLER SYSTEM, INC.
90 Broad Street, Suite 1906
New York, New York 10004
Telephone: (917) 449-0702

Because Defendants do not oppose this motion, *see* Dkt. 6, it is granted. The Clerk of Court is respectfully directed to remand this case to the Supreme Court of the State of New York, Bronx County.

SO ORDERED
Date: May 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge